AGNES S. GILMARTIN et al., as Executors of THOMAS D. GIL-
MARTIN, Deceased, Respondents, *v.* OSBORNE TRUST COMPANY,
Appellant.

Argued March 2, 1944; decided April 13, 1944.

*Benjamin Michne* and *Harry G. Stephens* for appellant.

*David Glickman* and *Edgar F. Hazleton* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.